IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WESLEY ROBERT SIMS**                                                       **PLAINTIFF**

v.                                                       CAUSE NO. 1:24-cv-00179-LG-BWR

**KEITH MILLER, et al.**                                                       **DEFENDANTS**

<u>**FINAL JUDGMENT**</u>

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS THEREFORE ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(i)-(ii) until the conditions outlined in *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994), are met.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Wesley Robert Sims' claims against Defendant Public Defender Michael Cunningham are separately **DISMISSED WITH PREJUDICE** because Cunningham is not a state actor for purposes of 42 U.S.C. § 1983.

**IT IS FURTHER ORDERED AND ADJUDGED** that this dismissal counts as a "strike" under 28 U.S.C. § 1915(g).

**SO ORDERED AND ADJUDGED** this the 19th day of November, 2024.

                                                            s/ *Louis Guirola, Jr.*

                                                            LOUIS GUIROLA, JR.
                                                            UNITED STATES DISTRICT JUDGE